In the Matter of the Claim of GLADYS DEVINE, Appellant, v. WILCOX SUPERMARKET, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— GIBSON, P. J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Gibson, P. J.